1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHAQUNDA DAVIS,

                    Plaintiff,

          v.

CHINUA JARRETT,

                    Defendant.

CASE NO. 3:22-cv-05978-BHS

REPORT AND RECOMMENDATION

Noting Date: May 26, 2023

14

15

16

17

18

          The District Court has referred Plaintiff Shaqunda Davis's pending Application to

Proceed *In Forma Pauperis* ("IFP") and proposed complaint to United States Magistrate Judge

David W. Christel pursuant to Amended General Order 11-22. On December 16, 2022, Plaintiff

filed a proposed civil complaint. Dkt. 1. Plaintiff filed an application to proceed IFP, that is,

without paying the filing fee for a civil case on January 23, 2023. *See* Dkt. 7.

19

20

21

22

23

          On February 21, 2023, the Court screened Plaintiff's proposed complaint and found it

was deficient because Plaintiff failed to state a claim upon which relief may be granted. *See* Dkt.

8. The Court dismissed the proposed complaint without prejudice, re-noted the pending

Application to Proceed IFP, and provided Plaintiff leave to file an amended pleading by March

23, 2023, to cure the identified deficiencies. *Id*.

24

1      On March 22, 2023, Plaintiff filed a proposed amended complaint. Dkt. 10. The Court

2   screened the proposed amended complaint and again found it was deficient. Dkt. 12. The Court

3   dismissed the proposed amended complaint without prejudice, re-noted the pending Application

4   to Proceed IFP, and provided Plaintiff leave to file an amended pleading by April 28, 2023, to

5   cure the identified deficiencies. *Id*. The Court warned that failure to file an amended complaint

6   or adequately respond to the issues identified in the Order would result in the Court

7   recommending the Application to Proceed IFP be denied and the case be closed. *Id*.

8      Plaintiff has failed to comply with the Court's Order. She has not filed a response to the

9   Order or filed a proposed second amended complaint. Further, as discussed in the Order, Plaintiff

10  has failed to state a claim upon which relief can be granted in the proposed amended complaint.

11  *See* Dkt. 12. Therefore, the Court recommends the Application to Proceed IFP (Dkt. 7) be denied

12  and this case be dismissed without prejudice.

13      Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have

14  fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P.

15  6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*

16  review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those

17  objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v.*

18  *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit

19  imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on May

20  26, 2023, as noted in the caption.

21      Dated this 8th day of May, 2023.

22

23  _____

    David W. Christel
24  United States Magistrate Judge

REPORT AND RECOMMENDATION - 2