UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHAQUNDA DAVIS,

        Plaintiff,

v.

CHINUA JARRETT,

        Defendant.

CASE NO. 3:22-cv-05978-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on Magistrate Judge David W. Christel's Report and Recommendation ("R&R"). Dkt. 13. Judge Christel recommends that the Court deny Plaintiff Shaqunda Davis's Application to Proceed *in forma pauperis* and dismiss her case without prejudice after Davis failed to state a claim upon which relief can be granted and failed to amend her complaint to cure that deficiency. *Id.* The Court, having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Plaintiff Shaqunda Davis's Application to Proceed *in forma pauperis* is **DENIED**;

ORDER - 1

(3) Davis's case is **DISMISSED without prejudice**; and

(4) The Clerk shall enter JUDGMENT and close this case.

Dated this 30th day of May, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge